**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| PATRICK ADAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23-CV-1063 |
| vs. | ) | |
| | ) | |
| BLAKE GISH, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO UNSEAL**

NOW COMES Defendant Blake Gish, by and through his attorney, Kwame Raoul, Attorney General for the State of Illinois, and hereby moves the Court to unseal Plaintiff's Prisoner Trust Fund Ledger. [Dkts. 4, 7]. In support of his motion, Defendant states the following:

1. On February 17, 2023, Plaintiff filed an *In Forma Pauperis* ("IFP") petition with the Court, [Dkt. 3], which was granted on March 2, 2023. Plaintiff's filed copies of his Prisoner Trust Fund Ledger with the Court on February 17, 2023 and February 27, 2023. [Dkts. 4, 7].

2. On April 11, 2023, the Honorable Judge John J. Tharp, Jr. entered an order denying Plaintiff's IFP petition in a Northern District of Illinois matter. [*Adair v. John Doe, et al.*, NDIL No. # 23-cv-1891, Dkt. 4, page 4]. Judge Tharp noted that Plaintiff's IFP petition was incomplete and needed updating. [*Id.*, page 3]. Judge Tharp further noted that Plaintiff is a frequent litigator, who has filed 12 lawsuits in this Court since November 2015, and that in each of those cases, he sought permission to proceed IFP. [*Id.*, pages 1-2].

3. On May 4, 2023, Defendant attempted to download a copy of Plaintiff's Prisoner Trust Fund Ledger, [Dkts. 4, 7], from the ECF system. However, the ECF system indicated that

Plaintiff's Prisoner Trust Fund Ledger was currently under seal. As such, Defendant is required to file a Motion to Unseal with the Court in order to receive a copy.

4. Defendant would like to review Plaintiff's Prisoner Trust Fund Ledger to determine the accuracy of Plaintiff's IFP petition and whether Plaintiff made any misrepresentations about his financial status to the Court.

Wherefore, Defendant respectfully requests that this Honorable Court unseal Plaintiff's Prisoner Trust Fund Ledger, [Dkts. 4, 7], in order to allow Defendant to receive a copy from the Clerk's Office.

Dated: May 4, 2023

Respectfully submitted,

Kwame Raoul
Attorney General of the State of Illinois
*Counsel for Defendant,*
BLAKE GISH

By: *s/ Huda Khan*

Huda Khan
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St
Chicago, IL 60601
Phone: (312) 446-1286
E-Mail: Huda.Khan@ilag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, I electronically filed the foregoing, *Motion to Unseal*, with the Clerk of Court using the CM/ECF system. I hereby certify that on that same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participants:

Patrick Adair
9139723
WILL COUNTY ADULT DETENTION FACILITY
95 South Chicago Street
Joliet, IL 60436

Respectfully submitted,

By: *s/ Huda Khan*

Huda Khan
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St
Phone: (312) 446-1286
E-Mail: Huda.Khan@ilag.gov